IN THE UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

ENTERED
02/29/2008

| | |
|---|---|
| IN RE | ) |
| | ) |
| RICHARD DAVIS, | )   CASE NO. 07-33986-H3-7 |
| | ) |
| Debtor, | ) |
| | ) |

MEMORANDUM OPINION

The court has held a hearing on the "Trustee's
Objection to Exemptions and Motion for Turnover" (Docket No. 67).
After the hearing, Debtor filed amended Schedule C (Docket No.
100), changing the basis on which exemptions were claimed from
11 U.S.C. § 522(b)(2) to 11 U.S.C. § 522(b)(3), claiming as
exempt several categories of property not listed in the schedules
as they were on the date of the hearing, and asserting a
different interest in real property than that listed in the
schedules as they were on the date of the hearing.  Accordingly,
the "Trustee's Objection to Exemptions and Motion for Turnover"
(Docket No. 67) is moot; Trustee may object to the exemptions
contained in the amended Schedule C filed February 19, 2008
within the time set forth in Bankruptcy Rule 4003(b).

SO ORDERED.

Signed at Houston, Texas on this _____ 28

day of _____ Feb _____, 2008.

_____

LETITIA Z. CLARK
UNITED STATES BANKRUPTCY JUDGE